NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WALBERT CRUZ,**

*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**

*Respondent*

---

2022-1418

---

Petition for review of the Merit Systems Protection Board in No. DC-3443-22-0015-I-1.

---

## O R D E R

Upon consideration of Walbert Cruz's failure to file the court's filing fee required by Federal Circuit Rule 15(a)(4), the statement concerning discrimination required by Federal Circuit Rule 15(c)(1), or the brief required by Federal Circuit Rule 31(a),

2                                                    CRUZ v. MSPB

IT IS ORDERED THAT:

This petition for review is dismissed for failure to prosecute.

FOR THE COURT

April 21, 2022                      /s/ Peter R. Marksteiner
      Date                          Peter R. Marksteiner
                                    Clerk of Court

ISSUED AS A MANDATE: April 21, 2022